# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152994(80)


EMPLOYERS MUTUAL CASUALTY
COMPANY,
      Plaintiff/
      Counter-Defendant-Appellee,

v

HELICON ASSOCIATES, INC. and ESTATE
OF MICHAEL J. WITUCKI,
      Defendants/Counter-Plaintiffs,
and

DR. CHARLES DREW ACADEMY and
JEREMY GILLIAM,
      Defendants,
and

WELLS FARGO ADVANTAGE NATIONAL
TAX FREE FUND, WELLS FARGO
ADVANTAGE MUNICIPAL BOND FUND,
LORD ABBETT MUNICIPAL INCOME
FUND, INC. and PIONEER MUNICIPAL HIGH
INCOME ADVANTAGE,
      Defendants-Appellants.

SC: 152994
COA: 322215
Wayne CC: 12-002767-CK

_____/

      On order of the Chief Justice, the motion of defendants-appellants to file a response to the supplemental brief of plaintiff-appellee is DENIED. The response submitted on September 8, 2016, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016



Clerk